JOHN KALINOWSKI, Respondent, v. ROCK ASPHALT AND CONSTRUCTION COMPANY, INCORPORATED, Respondent, and TRUCK EQUIPMENT COMPANY, INCORPORATED, Appellant.— Order reversed in the exercise of discretion, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground stated in the decision of the case of *Kalinowski* v. *Rock Asphalt & Construction Company, Inc.* (*ante*, p. 657), decided herewith. All concur, except Sears, P. J., and Thompson, J., who dissent and vote for affirmance on the ground stated in their dissent in the case of *Kalinowski* v. *Rock Asphalt & Construction Company, Inc.*, decided herewith. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ALICE QUINN, Respondent, v. GREAT LAKES STAGES, INCORPORATED, Appellant. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of DILWORTH M. SILVER, as Committee of the Person and Estate of JAN KIEREPKA, an Incompetent Person.— In view of the failure of the surety to establish its contention that against the shortage of its principal there should be set off the commissions allowed him and the additional allowances made to him during the principal's committeeship, the order appealed from is modified so that one-half of the referee's allowance of $325 and one-half of the $500 counsel fee allowed to the surety are charged to the surety and one-half of each of such allowances is charged to the incompetent's estate. The surety is charged with interest at four per cent or. the penal sum of the two bonds, viz., $3,250, from the date of the death of Dilworth M. Silver, to wit, July 31, 1926. As so modified the order is affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.